■ In the Matter of GLOBAL LIBERTY INSURANCE Co., Appellant, v COASTAL ANESTHESIA SERVICES, LLC, as Assignee of

Lourdes Irizarry, Respondent. [42 NYS3d 803]—Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered April 6, 2016, which denied petitioner's application to vacate a master arbitration award entitling respondent to no-fault insurance benefits, and granted respondent's cross motion to confirm the award, unanimously affirmed, with costs.

Petitioner failed to demonstrate the existence of any of the statutory grounds for vacating the Master Arbitrator's award (CPLR 7511 [b]). The decision of the Master Arbitrator in affirming the arbitration award had evidentiary support, a rational basis, and was not arbitrary and capricious (*see Matter of Petrofsky [Allstate Ins. Co.]*, 54 NY2d 207, 211 [1981]). The original arbitrator properly acted within her discretionary authority to refuse to entertain any late submissions proffered by petitioner (*see* 11 NYCRR 65-4.2 [b] [3]; *Matter of Mercury Cas. Co. v Healthmakers Med. Group, P.C.*, 67 AD3d 1017 [2d Dept 2009]). Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ.